NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERACTIVE GAMES LLC,**
*Appellant*

**v.**

**DRAFTKINGS INC., a Delaware Corporation,**
*Appellee*

---

2022-1515

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01107.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2   INTERACTIVE GAMES LLC v. DRAFTKINGS INC.

FOR THE COURT

April 20, 2022
  Date       /s/ Peter R. Marksteiner
             Peter R. Marksteiner
             Clerk of Court

**ISSUED AS A MANDATE:** April 20, 2022